

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Corey Dion McDonald, Appellant

No. 06-16-00117-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 26560). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to indicate that the correct statute for the offense of which appellant was convicted is Section 481.115(c) of the Texas Health and Safety Code. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (West 2010). As modified, the judgment of the trial court is affirmed.

We note that the appellant, Corey Dion McDonald, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk